NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH F. GERMINARO, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7131

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0573, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Joseph F. Germinaro, Jr. moves for a 45-day extension of time, until December 1, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 7 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Michael P. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 7 2011

JAN HORBALY
CLERK